IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DANIEL RUSH TUCKER**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#167292**

v.　　　　　　　　　　Case No: 2:25-cv-00125-LPR-PSH

**PHILLIPS COUNTY**
**DETENTION CENTER**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

### ORDER

Plaintiff Daniel Rush Tucker filed a *pro se* complaint on June 20, 2025, while incarcerated at the Phillips County Detention Center.[1] On July 7, 2025, Mr. Tucker notified the Court of his new address at the Pulaski County Detention Facility.[2] Mail sent to Mr. Tucker at his previous address was returned to the Court as undeliverable and resent to Mr. Tucker at his new address.[3] On September 15, 2025, the Court entered an Order noting that Mr. Tucker had not taken any action in the case for more than sixty days.[4] The Court gave Mr. Tucker an additional thirty days to file a notice with the Clerk's office indicating his intent to prosecute this case.[5] The Court warned Mr. Tucker that his failure to comply with the Order may cause his Complaint to be dismissed.[6]

Mr. Tucker has not complied with, or otherwise responded to, the Court's September 15, 2025 Order, and the time for doing so has expired. Mr. Tucker's Complaint is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal

---

[1] Compl. (Doc. 2).

[2] Doc. 6.

[3] Docs. 8–9.

[4] Order (Doc. 10). The Order was entered by United States Magistrate Judge Patricia S. Harris.

[5] *Id.*

[6] *Id.* at 2.

Rules of Civil Procedure. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 17th day of November 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE